# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-14-00798-CV

---

**In re Ray Hill**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator, Ray Hill, an inmate in the Texas Department of Criminal Justice, filed a pro se motion in this Court entitled *Motion to Compel Performance of Process for Mandamus*. Looking to the substance of Hill's motion, rather than its title or form, we construe his motion as a petition for writ of mandamus. *See Surgitek, Bristol–Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex.1999) (courts look to substance of pleading rather than its caption or form to determine its nature); *see also* Tex. Gov't Code § 22.221; Tex. R. App. P. 52.1. In his petition, Hills appears to ask us to compel certain prison officials to take, or refrain from taking, particular actions.

This Court does not have mandamus jurisdiction over the Texas Department of Criminal Justice or personnel thereof. By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221. The named employees of TDCJ are not parties against whom we have the power to issue a writ of mandamus. Nor has Hill demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. We have no jurisdiction to grant Hill the relief he seeks.

Accordingly, the petition is dismissed for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed:   January 6, 2015

2